185 So. 923

### Louis KEENE v. STATE.
#### 6 Div. 381.

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

---

180 So. 899

### T. E. KEENUM v. STATE.
#### 7 Div. 358.

Court of Appeals of Alabama.
April 12, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

181 So. 921

### James KEETON v. STATE.
#### 8 Div. 723.

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

---

189 So. 921

### Roy KELLEY v. CITY OF BIRMINGHAM.
#### 6 Div. 446.

Court of Appeals of Alabama.
May 9, 1939.

SAMFORD, Judge.
Affirmed.

---

180 So. 899

### R. A. KETTLES v. STATE.
#### 7 Div. 353.

Court of Appeals of Alabama.
April 12, 1938.

Jas. L. Carter, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

---

189 So. 921

### Granvil KILGORE v. STATE.
#### 6 Div. 420.

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.